Cardillo & Corbett
Attorneys for Plaintiff
NORTH CHINA SHIPPING LIMITED
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
James P. Rau (JR-7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 0081**

JUDGE MARRERO

------------------------------------x
NORTH CHINA SHIPPING LIMITED,       :
                                    :
                    Plaintiff,      :    **ECF**
                                    :    **RULE 7.1 STATEMENT**
            -against-               :
                                    :
SHANGHAI XINHENG LOGISTICS CO.,     :
LTD.,                               :
                                    :
                    Defendant.      :
------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, NORTH CHINA SHIPPING LIMITED, certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated:   New York, New York
         January 4, 2008

                                CARDILLO & CORBETT
                                Attorneys for Plaintiff,
                                NORTH CHINA SHIPPING LIMITED

                        By: _____
                                James P. Rau (JR 7209)
                                29 Broadway
                                New York, NY 10006
                                Tel. (212) 344-0464
                                Fax  (212) 797-1212