```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING LIMITED,

                    Plaintiff,

      -against-

SHANGHAI XINHENG LOGISTICS CO., LTD.,

                    Defendant.
------------------------------------x

ECF

ORDER APPOINTING PERSON TO SERVE PROCESS

08 Civ. 81 (VM)

        Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

        Upon reading the Affidavit of James P. Rau, sworn to January 4, 2008, and good cause having been shown,

        IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
        January 4, 2008

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
      DEPUTY CLERK

                            United State District Judge
                                Victor Marrero