Cardillo & Corbett
Attorneys for Plaintiff
NORTH CHINA SHIPPING LIMITED
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
James P. Rau (JR-7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING LIMITED,         :
                                      :
                      Plaintiff,      :   **ECF**
                                      :   **AFFIDAVIT PURSUANT**
              -against-               :   **TO SUPPLEMENTAL**
                                      :   **RULE B**
SHANGHAI XINHENG LOGISTICS CO.,       :   08 Civ. 81 (VM)
LTD.,                                 :
                                      :
                      Defendant.      :
------------------------------------x

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

JAMES P. RAU, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a member of the firm of Cardillo & Corbett, attorneys for the Plaintiff herein. I am familiar with the facts of this case and make this affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. I have attempted to locate defendant, SHANGHAI XINHENG LOGISTICS CO., LTD., within this District. As part of

my investigation to locate the Defendant within this District, I examined the telephone company information directory, as well as the white and yellow pages of New York listed on the Internet or World Wide Web, and did not find any listing for the Defendant.

3. The database of the office of the New York State Secretary of State was searched to determine if Defendant is qualified to do business in New York, without result.

4. On information and belief, Defendant, SHANGHAI XINHENG LOGISTICS CO., LTD., was and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law, with an address at Rm. 8C, Hi-Tech King World, No. 666, East Beijing Rd., Shanghai, 200001, China.

5. In consequence of these inquiries your deponent believes that the Defendant cannot be found within the Southern District of New York.

6. Upon information and belief, Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro Bank NV, American Express Bank, Bank of America, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, UBS AG and/or

Wachovia Bank, in the form of accounts and/or fund transfers identified as follows:

      a) accounts in the name of SHANGHAI XINHENG LOGISTICS CO., LTD., or

      b) electronic funds transfers listing SHANGHAI XINHENG LOGISTICS CO., LTD. as a beneficiary of the funds transfer, or

      c) electronic funds transfers showing SHANGHAI XINHENG LOGISTICS CO., LTD. as the remitting party or ordering customer.

7. This is NORTH CHINA SHIPPING LIMITED's first request for this relief.

WHEREFORE, NORTH CHINA SHIPPING LIMITED, respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of SHANGHAI XINHENG LOGISTICS CO., LTD. tangible and intangible property within this District.

                                                             JAMES P. RAU

Sworn to before me this
4th day of January, 2008

_____
NOTARY PUBLIC

CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011

3