```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NORTH CHINA SHIPPING LIMITED,       :
                                    :   08 Civ. 00081 (VM)
                Plaintiff,          :
                                    :
     - against -                    :   ORDER
                                    :
SHANHAI XINHENG LOGISTICS CO.,      :
LTD.,                               :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-15-08

By Order dated January 4, 2008, the Court granted the application of plaintiff North China Shipping Limited authorizing a Marine Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since January 18, 2008. At that time an affidavit was filed in support of appointing a process server. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by April 21, 2008 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         15 April 2008

                                    _____
                                         VICTOR MARRERO
                                            U.S.D.J.