# CARDILLO & CORBETT

ROBERT V. CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES P. RAU

29 BROADWAY
NEW YORK, NY 10006
(212) 344-0464

FRANCIS H. MCNAMARA
COUNSEL

JOSEPH CARDILLO, JR.
(1913-1980)

FAX: (212) 797-1212/509-0961
E-MAIL: CC@CARDILLOCORBETT.COM

April 18, 2008

**BY FAX (212) 805-6382**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08
```

Re: Case No. 08 Civ. 81 (VM)
North China Shipping Limited v.
Shanghai Xinheng Logistics Co., Ltd.
Our File No.: E-555

Honorable Sir:

We are the attorneys for the plaintiff in the captioned action. We refer to the Court's Order dated April 15, 2008, directing that we report on the status of this case.

The complaint in this matter asserts a maritime claim for breach of charter party. In its complaint, the plaintiff sought and the Court granted an Order of Maritime Attachment dated January 4, 2008. Pursuant to that Order, the plaintiff has made continuous service of Process of Maritime Attachment on the various garnishee banks named in the Order. Thus far, the plaintiff has not attached any funds belonging to defendant. However, as plaintiff's claim is some $802,000 it wants to continue service of the Process of Maritime Attachment with the expectation that funds will ultimately be restrained pursuant thereto.

The charter party provides for arbitration in Hong Kong against defendant and plaintiff has reserved its right to so proceed herein. If an award is obtained in Hong Kong, plaintiff

Honorable Victor Marrero     -2-     April 18, 2008
United States District Judge

expects to petition the Court to confirm the award and enforce the judgment against any funds attached in these proceedings.

    In view of the circumstances, we respectfully request that the Court maintain this matter in its active calendar, and permit us to continue serving the Process of Maritime Attachment.

                                 Respectfully yours,

                                 CARDILLO & CORBETT

                                 By: _____
                                      James P. Rau

JPR/lf

---

Request GRANTED. The time within which plaintiff may serve the Writ of Attachment authorized herein is extended to 90 days of the date of this Order. Plaintiff is directed to provide the Court with a status report on this matter within 60 days of this Order.

SO ORDERED:

4-18-08
DATE          VICTOR MARRERO, U.S.D.J.